**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly D. Jones, OSB No. 074217**
Law Office of Kelly D. Jones
kellydonovanjones@gmail.com
Direct 503-847-4329

**Jane Moisan, OSB No. 181864**
People's Law Project
peopleslawproject@gmail.com
Direct 971-258-1292

Pro Bono Attorneys for Mr. Paul

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JEFF PAUL** | Case No. 3:20-cv-01188-SB |
| Plaintiff | **NOTICE** |
| vs | |
| **DONALD TRUMP**<br>**CHAD WOLF**<br>**JOHN DOES 1-100** | |
| Defendants | |

**NOTICE** – Page 1 of 2

## NOTICE

This action is dismissed without prejudice.

October 21, 2020

                          **RESPECTFULLY FILED,**

                          <u>s/ Michael Fuller</u>
                          **Michael Fuller, OSB No. 09357**
                          Of Pro Bono Attorneys for Plaintiff
                          OlsenDaines
                          US Bancorp Tower
                          111 SW 5th Ave., Suite 3150
                          Portland, Oregon 97204
                          michael@underdoglawyer.com
                          Direct 503-222-2000